IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DEMARQUEIS JOHNSON, #178713, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:11cv360-WHA |
| ) | |
| LOUIS D. BOYD, et al., ) | (WO) |
| ) | |
| Defendants. ) | |

## **ORDER**

No objection having been filed to the Recommendation of the Magistrate Judge (Doc. #10), entered on July 11, 2011, the Recommendation is adopted, and it is hereby ORDERED as follows:

1. Plaintiff's due process and equal protection claims are DISMISSED with prejudice prior to service of process under 28 U.S.C. § 1915(e)(2)(B)(i-ii).

2. Plaintiff's Complaint against Defendants Boyd, Sconyers, Babers, Nieves, Sgt. F. Blakely, and Sgt. Drake are DISMISSED.

3. Defendants Boyd, Sconyers, Babers, Nieves, Sgt. F. Blakely, and Sgt. Drake are DISMISSED as parties to the Complaint.

4. Plaintiff's First Amendment claim against Defendant S. Blakely is REFERRED BACK to the Magistrate Judge for further proceedings.

DONE this 5th day of August, 2011.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE