IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DEMARQUIES JOHNSON, # 178713, | ) |
| Plaintiff, | ) |
| v. | ) CIV. ACT. NO. 2:11cv360-WHA |
| SHARON BLAKELY, | ) |
| Defendant. | ) |

**OPINION and ORDER**

On January 6, 2014, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 26). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED as follows that:

1. The Recommendation of the Magistrate Judge be and is hereby ADOPTED;

2. The defendant's motion for summary judgment (doc. # 15) be and is hereby GRANTED.

3. That this case be and is hereby DISMISSED with prejudice.

4. Costs be and are hereby TAXED against the plaintiff.

An appropriate judgment will be entered.

Done this the 4th day of February, 2014.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE